UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                                        Chapter 13
                                              Case No. 20-50262 HLB
BURNIAS, Ruben Chavez Jr.

                                              OBJECTION TO CLAIM, NOTICE OF OPPORTUNITY FOR
                                              HEARING; CERTIFICATE OF SERVICE
                                              CLAIMANT: WELLS FARGO BANK, N.A., D/B/A WELLS
                                                      FARGO AUTO

<u>Debtor(s)</u>_____/    CLAIM NO: 4-1

The Debtor(s) [or Trustee] object(s) to the allowance of the claim described as:

<u>NAME & ADDRESS OF CLAIMANT (as set forth on Proof of Claim)</u>    <u>DOLLAR AMT</u>    <u>DATE FILED</u>
Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto                          $24,005.30        03/23/2020
Attn: Charles W. Scharf, CEO
P.O. Box 130000
Raleigh, NC  27605

The basis for the objection is that the claim:
___    duplicates claim no. _____ filed on _____ by _____.
___    does not include a copy of the underlying judgment.
___    does not include a copy of the security agreement and evidence of perfection.
___    fails to assert grounds for priority.
___    does not include a copy of the assignment(s) upon which it is based.
___    appears to include interest or charges accrued after the filing of this case on _____.
___    is not timely filed.
 X     The collateral securing Wells Fargo Bank, N.A.'s claim was totaled in a motor vehicle accident and is being
       resolved via an insurance claim.

As set forth in B.L.R. 9013-1(b) and (d), to the extent the basis for the objection relies upon factual assertions, such assertions must be supported by a declaration, and to the extent the basis for the objection relies upon legal assertions, such assertions must be supported by a memorandum of points and authorities.

The Objecting Party will ask the Court to enter an Order providing that the claim is:
___    allowed as a secured claim in the amount of:       $_____.
___    allowed as an unsecured claim in the amount of:    $_____.
___    allowed as a priority claim in the amount of:      $_____.
___    disallowed in its entirety
 X     Wells Fargo Bank, N.A's claim to be disallowed in its' entirety with leave to file a new claim for any unsecured
       balance; should any remain, after application of insurance proceeds.

**NOTICE IS HEREBY GIVEN**, pursuant to FRBP 3007, as modified by B.L.R. 3007-1(c) and 9014-1, that: (1) Any objection to the requested relief, or a request for hearing on the matter, must be filed and served upon the initiating party within 30 days of mailing the notice;

(2) Any objection or request for a hearing must be accompanied by any declarations or memoranda of law any requesting party wishes to present in support of its position;

(3) If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default.

(4) In the event of a timely objection or request for hearing, the initiating party will give at least seven days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case.

Dated:  August 17, 2021                       /s/ Jason Vogelpohl #252407
                                              JASON VOGELPOHL, Attorney for Objecting Party
DEBTOR(S') ADDRESS:                           Central Coast Bankruptcy, Inc.
*P.O. Box 1203                                532 Pajaro Street
*Pebble Beach, CA  93953                      Salinas, CA  93901 – Telephone: 831.783.0260

Rev. 4/2018

# CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within case.  My business address is: 532 Pajaro Street, Salinas, CA 93901.  I served this OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING by first-class United States Mail, postage pre-paid, at Salinas, California, on the date noted below and addressed to the Claimant above, and on those listed below.  If entitled to notice, the Chapter 13 Trustee will receive such notice upon the electronic filing of this document   I declare, under penalty of perjury, that the foregoing is true and correct.

Dated:  August 18, 2021           at Salinas, California.          /s/ Jamnia Cabrera

Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
Attn: Charles W. Scharf, CEO
P.O. Box 130000
Raleigh, NC  27605

Wells Fargo Bank, N.A.
Attn: Charles W. Scharf, CEO
101 N. Phillips Avenue
Sioux Falls, SD  57104

Wells Fargo Auto
Attn: Charles W. Scharf, CEO
P.O. Box 17900
Denver, CO  80217-0900

Wells Fargo Dealer Services
Attn: Charles W. Scharf, CEO
P.O. Box 997517
Sacramento, CA  95899

Rev. 4/2018