**Central Coast Bankruptcy, Inc.**
**Jason Vogelpohl, Esq. #252407**
532 Pajaro Street
Salinas, CA 93901
831.783.0260 – Telephone
831.585.1024 – Facsimile
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

BURNIAS, Ruben Chavez Jr.

    Debtor(s)
_____/

Case No: 20-50262 HLB
Chapter 13

**DECLARATION OF DEBTOR IN SUPPORT OF OBJECTION TO CLAIM**

I say and declare:

1. I am the Debtor herein. I make this declaration in support of my Objection to the Claim of Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto. I am objecting to the claim of Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto as the collateral securing their lien was totaled in a motor vehicle accident and an insurance claim has been filed which will address the claim of Wells Fargo with regard to their collateral, a 2011 Mercedes-Benz C300 Sedan. Attached and labeled as Exhibit 1 is a copy of this proof of claim.

I declare under penalty of perjury that the foregoing is true and correct, and this Declaration is executed on  August 17, 2021  in Carmel, California.

                                                /s/Ruben Chavez Burnias, Jr.
                                              RUBEN CHAVEZ BURNIAS, JR.