Austin P. Nagel, SBN 118247
Kirsten Martinez, SBN 310674
Bonial & Associates, P.C.
3160 Crow Canyon Place, Suite 215
San Ramon, California 94583
Telephone: (213) 863-6010
Fax: (213) 863-6065
Austin.Nagel@BonialPC.com
Kirsten.Martinez@BonialPC.com

Attorneys for Movant,
Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 20-50262-HLB |
| Ruben Chavez Burnias, Jr.<br>*fdba* Language Deposition Services<br>*fdba* Burnias Translations<br>*dba* Interpreting Enterprises,<br><br>　　　　　　　　　　Debtor.<br>_____ / | Chapter 13<br><br>R.S. No. APN-3571<br><br>**NOTICE OF HEARING ON MOVANT, MOVANT, WELLS FARGO BANK, N.A., D/B/A WELLS FARGO AUTO'S MOTION FOR RELIEF FROM AUTOMATIC STAY RE: 2011 MERCEDES BENZ C-CLASS (V.I.N. WDDGF5EB3BA508647) [11 U.S.C. § 362(d)(1)]**<br><br>Hearing:<br>Date:　October 6, 2021<br>Time:　11:30 a.m.<br>Place:　Tele/Videoconference |

**TO ALL PARTIES-IN-INTEREST HEREUNDER:**

This is a core proceeding as defined by the United States Bankruptcy Code and this creditor consents to a final Order or Judgment by the above-entitled Court.

The above-entitled Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 157(a), et seq. and 28 U.S.C. § 1334, et seq.

///

NOTICE IS HEREBY GIVEN to Debtor, Ruben Chavez Burnias, Jr. ("Debtor") and Trustee, their attorneys (if any), and other interested parties that on the above date and time and in the indicated courtroom, Secured Creditor in the above-captioned matter will move this court for an Order granting relief from the automatic stay as to Debtor and the Trustee on the grounds set forth in the attached Motion.

PLEASE TAKE NOTICE THAT ALL PARTIES MUST APPEAR PERSONALLY OR BY COUNSEL AT THE TIME AND PLACE SPECIFIED ABOVE FOR THE HEARING ON THIS MATTER. IN THE EVENT ALL PARTIES DO NOT APPEAR, EITHER PERSONALLY OR BY COUNSEL, AT THE HEARING ON THIS MOTION FOR RELIEF FROM AUTOMATIC STAY AS REQUESTED BY THESE MOTION PAPERS, THIS MOTION FOR RELIEF FROM AUTOMATIC STAY MAY BE GRANTED BY DEFAULT AND WITHOUT FURTHER PROCEEDING, SECURED CREDITOR MAY BE AUTHORIZED TO ENFORCE ITS RIGHTS AND REMEDIES UNDER THE PARTIES' CONTRACTUAL AGREEMENT.

The hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

Dated: September 17, 2021　　　　　　　　　　Bonial & Associates, P.C.

　　　　　　　　　　　　　　　　　　　　　　　*/s/Austin P. Nagel*
　　　　　　　　　　　　　　　　　　　　　　　Austin P. Nagel
　　　　　　　　　　　　　　　　　　　　　　　Kirsten Martinez
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Movant,
　　　　　　　　　　　　　　　　　　　　　　　Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto