**Jason Vogelpohl #252407**
**Central Coast Bankruptcy, Inc.**
532 Pajaro Street
Salinas, CA, 93901
831.783.0260 – Telephone
831.585.1024 – Facsimile

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>BURNIAS, Ruben Chavez Jr.<br><br><br><br>                Debtor(s)<br>_____/ | Case No: 20-50262 HLB<br>Ch. 13<br><br>**REQUEST FOR DEFAULT ORDER RE: OBJECTION TO CLAIM; DECLARATION; CERTIFICATE OF SERVICE**<br>**CLAIMANT: WELLS FARGO BANK, N.A.** |

    The Debtor(s) request(s) an Order sustaining the objection to the above claim pursuant to Local Rule 9014.

    On August 18, 2021, a copy of the OBJECTION TO CLAIM; NOTICE OF OPPORTUNITY FOR HEARING; CERTIFICATE OF SERVICE was served on Claimant as follows:

| | |
|---|---|
| Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto<br>Attn: Charles W. Scharf, CEO<br>P.O. Box 130000<br>Raleigh, NC  27605 | Wells Fargo Bank, N.A.<br>Attn: Charles W. Scharf, CEO<br>101 N. Phillips Avenue<br>Sioux Falls, SD  57104 |
| Wells Fargo Auto<br>Attn: Charles W. Scharf, CEO<br>P.O. Box 17900<br>Denver, CO  80217-0900 | Wells Fargo Dealer Services<br>Attn: Charles W. Scharf, CEO<br>P.O. Box 997517<br>Sacramento, CA  95899 |

    More than thirty (30) days have elapsed since such service, and I have been served with no response or request for hearing.  I declare, under penalty of perjury, that the foregoing is true and correct.

Dated:  September 27, 2021                /s/ Jason Vogelpohl   #252407               .
                                                              JASON VOGELPOHL, ESQ.
                                                              Attorney for Debtor(s)

# CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within entitled action. My business address is 532 Pajaro Street, Salinas, California, 93901. I served this REQEUST FOR DEFAULT ORDER RE: OBJECTION TO CLAIM; DECLARATION; CERTIFICATE OF SERVICE by first-class United States Mail, postage pre-paid, at Salinas, California, on the date noted below and addressed to the Claimant above, and on those listed below; if any. If the Chapter 13 Trustee is otherwise entitled to notice, she will receive such notice upon the electronic filing of the above-named document. I declare under penalty of perjury, that the foregoing is true and correct.

Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
Attn: Charles W. Scharf, CEO
P.O. Box 130000
Raleigh, NC 27605

Wells Fargo Bank, N.A.
Attn: Charles W. Scharf, CEO
101 N. Phillips Avenue
Sioux Falls, SD 57104

Wells Fargo Auto
Attn: Charles W. Scharf, CEO
P.O. Box 17900
Denver, CO 80217-0900

Wells Fargo Dealer Services
Attn: Charles W. Scharf, CEO
P.O. Box 997517
Sacramento, CA 95899

Dated: September 27, 2021          /s/ Jamnia Cabrera          .
                                    JAMNIA CABRERA