Entered on Docket
September 28, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: September 28, 2021



_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

**Jason Vogelpohl #252407**
**Central Coast Bankruptcy, Inc.**
532 Pajaro Street
Salinas, CA, 93901
831.783.0260 – Telephone
831.585.1024 – Facsimile

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

BURNIAS, Ruben Chavez Jr.

        Debtor(s)
_____/

Case No: 20-50262 HLB
Ch. 13

**ORDER ON OBJECTION TO CLAIM**

**CLAIMANT: WELLS FARGO BANK, N.A.**

    Upon consideration of the REQUEST FOR DEFAULT ORDER RE: OBJECTION TO CLAIM to the above claim and good cause appearing therefore,

IT IS HEREBY ORDERED that the default of the above-referenced Claimant is entered, and the Objection is sustained. Claim No. 4-1 filed on March 23, 2020, by Wells Fargo Bank, N.A.:

    ____ Allowed as a secured claim in the amount of: $_____.
    ____ Allowed as an unsecured claim in the amount of: $_____.
    ____ Allowed as a priority claim in the amount of: $_____.
    _X__ Disallowed in its entirety (Creditor has leave to file a new claim for any unsecured balance; should any remain, after application of insurance proceeds).
    ____ _____.

**\*\*\*END OF ORDER\*\*\***

COURT SERVICE LIST

Case: 20-50262    Doc# 90    Filed: 09/28/21    Entered: 09/28/21 09:31:21    Page 2 of 2