**Jason Vogelpohl, Esq. #252407**
**Central Coast Bankruptcy, Inc.**
532 Pajaro Street
Salinas, CA 93901
831.783.0260 – Telephone
831.585.1024 – Facsimile

Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

BURNIAS, Ruben Chavez Jr.

    Debtor(s)

_____/

Case No: 20-50262 HLB
Chapter 13

**REQUEST FOR ENTRY OF ORDER BY DEFAULT RE FOURTH AMENDED MOTION TO MODIFY CHAPTER 13 PLAN**

The undersigned declares:

1. I am the attorney for the Debtor in that above action.
2. Debtor filed a Fourth Amended Motion to Modify Chapter 13 Plan on May 17, 2022.
3. Copies of the FOURTH AMENDED MOTION TO MODIFY CHAPTER 13 PLAN and NOTICE OF OPPORTUNITY FOR HEARING were served on all parties entitled to service by regular mail. Other parties, who accept electronic notice, including the Chapter 13 Trustee, have received such notice.
4. If the proposed modification will reduce prospective plan payments, amended Schedules I and J, and a declaration by the Debtor explaining the changed circumstances, were filed on May 17, 2022.
5. Debtor request that an Order modifying the Chapter 13 plan as proposed in said Motion be granted. The undersigned declares that the Objection filed by the Trustee has been withdrawn and this office has not received any other request for a hearing within the time provided.

I, the undersigned, declare under penalty of perjury that the foregoing is true and correct.

Dated: June 20, 2022                          /s/ Jason Vogelpohl #252407
                                                               JASON VOGELPOHL, ESQ.
                                                               Attorney for Debtor(s)

CERTIFICATE OF SERVICE

I am not less than 18 years of age and not a party to the within entitled action. My business address is 532 Pajaro Street, Salinas, California, 93901. I served this **REQUEST FOR ENTRY OF ORDER BY DEFAULT RE: FOURTH AMENDED MOTION TO MODIFY CHAPTER 13 PLAN** by first-class United States Mail, postage pre-paid, at Salinas, California, on the date noted below and addressed to the Claimant above, and on those listed below; if any. If the Chapter 13 Trustee is otherwise entitled to notice, she will receive such notice upon the electronic filing of the above-named document.

**Notice Creditor(s):**

See attached creditors

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 20, 2022 at Salinas, California.

/s/ Ana Mandujano_____.
ANA MANDUJANO

```
Label Matrix for local noticing          Bank of America, N.A.                    (p)BANKERS HEALTHCARE GROUP LLC
0971-5                                   PO Box 673033                            ATTN BANKRUPTCY DEPT
Case 22-50239                            Dallas, TX 75267-3033                    201 SOLAR STREET
California Northern Bankruptcy Court                                              SYRACUSE NY 13204-1425
San Jose
Mon May 23 10:43:58 PDT 2022

Internal Revenue Service                 JPMorgan Chase Bank, N.A.                LendingClub Bank, NA
P.O. Box 7346                            s/b/m/t Chase Bank USA, N.A.             P.O. BOX 884268
Philadelphia, PA 19101-7346              c/o Robertson, Anschutz & Schneid, P.L.  Los Angeles, CA 90088-4268
                                         6409 Congress Avenue, Suite 100
                                         Boca Raton, FL 33487-2853

(p)ASCENDIUM EDUCATION SOLUTIONS INC     Toyota Motor Credit Corporation          Wells Fargo Bank, N.A.
38 Buttonwood Court                      PO Box 9013                              Wells Fargo Card Services
MADISON, WI 53718-2156                   Addison, Texas 75001-9013                PO Box 10438, MAC F8235-02F
                                                                                  Des Moines, IA 50306-0438
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bankers Healthcare Group, LLC            Nelnet obo Ascendium Education Solutions, In   End of Label Matrix
201 Solar Street                         Ascendium Education Solutions, Inc.            Mailable recipients     8
Syracuse, NY 13204                       PO Box 8961                                    Bypassed recipients     0
                                         Madison WI 53708-8961                          Total                   8
```

Case: 20-50262    Doc# 116    Filed: 06/20/22    Entered: 06/20/22 15:53:52    Page 3 of 3